UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS MESTER, | No. 2:17-cv-1781 AC P |
| Plaintiff, | |
| v. | ORDER |
| N. MALAKKLA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se on a civil rights action pursuant to 42 U.S.C. § 1983. In a letter received by the court on June 20, 2018, plaintiff indicates that he is contemplating suicide. ECF No. 23. Given the seriousness of plaintiff's claims, the court will order service of this order and the letter on Supervising Deputy Attorney General Monica Anderson, who shall ensure that within twenty-four hours of receiving this order, plaintiff's letter is forwarded to the appropriate mental health and correctional staff at the institution where plaintiff is incarcerated. No response to the letter will be required.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to serve a copy of this order and the June 20, 2018 letter (ECF No. 23) on Supervising Deputy Attorney General Monica Anderson.

2. Within twenty-four hours of receiving this order, Supervising Deputy Attorney General Monica Anderson shall forward the June 20, 2018 letter to the appropriate mental health

1

and correctional staff at the institution where plaintiff is incarcerated.  No response to the letter is required.

DATED: June 20, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE