UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS MESTER, | No. 2:17-cv-1781 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| N. MALAKKLA, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 21, 2019, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 56. Plaintiff has filed objections to the findings and recommendations. ECF No. 57.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 21, 2019 (ECF No. 56) are ADOPTED in full;

2. Plaintiff is to be declared a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g);

3. Defendants' motion to revoke plaintiff's in forma pauperis status, filed August 5, 2019 (ECF No. 41), is GRANTED;

4. Plaintiff's in forma pauperis status granted August 30, 2017 (see ECF No. 6) is REVOKED;

5. Within thirty days of the date of this order, plaintiff shall pay the filing fees prior to proceeding any further with this action. Failure to do so will result in a dismissal of this action, and

6. Plaintiff's motion for sanctions, dismissal or an entry of judgment, filed October 2, 2019 (ECF No. 54), is DENIED as premature.

DATED: November 21, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE