UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS MESTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>N. MALAKKLA, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1781 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2019, this court adopted the findings and recommendations of the magistrate judge assigned to this matter. ECF No. 60. At that time, plaintiff was declared a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g), and his in forma pauperis status was revoked. See ECF No. 60 at 2. As a result, plaintiff was ordered to pay the filing fees within thirty days of the date of that order prior to proceeding any further with this action. See id. In addition, he was warned that failure to pay the fee within the period would result in a dismissal of this case. More than thirty days have passed, and plaintiff has not paid the filing fee.

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without
2 | prejudice.

DATED: January 15, 2020

                                                    /s/ John A. Mendez

                                                  UNITED STATES DISTRICT COURT JUDGE